### 21087. CREWS v. THE STATE.

BROYLES, C. J. The evidence relied upon by the State to convict the accused was wholly circumstantial, and did not exclude every reasonable hypothesis save that of his guilt. It follows that his conviction was unauthorized, and that the court erred in refusing to grant a new trial.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 31, 1931.

*S. F. Memory,* for plaintiff in error.
*S. Thomas Memory,* solicitor, contra.